

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

June 26, 2014

**VIA CM/ECF & HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 18
Wilmington, DE 19801-3570

      RE: *Hand Held Products, Inc. v. Amazon.com, Inc., et al*,
         C.A. No. 12-768-RGA-MPT

Dear Chief Magistrate Judge Thynge:

  The parties have had several discussions regarding the status of the case since the issuance of Your Honor's Markman Order of Tuesday, June 24, 2014. We appreciate Your Honor's detailed opinion, but are still in the process of evaluating it in order to determine its impact on all the claims of the case. At this point, it is clear that one or both sides will seek some review of portions of that Order. The parties agree that resolution of objections to that Order could have an impact on whether the case goes forward at all, and if so, on what claims.

  Given the impact of Your Honor's claim construction ruling on this case, and the effort associated with completing fact and expert discovery (expert reports are set to begin in August), the parties agree that it is more efficient to first resolve objections to Your Honor's Report and Recommendation of this week. To that end, and subject to the Court's agreement, the parties have agreed to set aside current dates in the schedule to focus solely on briefing objections to Your Honor's Report and Recommendation. The parties have further agreed that until Judge Andrews has ruled on those objections, the parties would not engage in remaining discovery, expert reports or other motion practice. The parties would, however, discuss scheduling and logistics, including whether to add Amazon's new Fire Phone to the case, in the event that the case continues after a ruling from Judge Andrews. After Judge Andrews issues a ruling, the parties will seek a status conference to discuss whether and/or how the case will move forward.

  In light of the above, we respectfully request that the discovery issues scheduled for Friday be tabled, and that we use the scheduled time to discuss the best way to implement the intentions reflected above.

              Respectfully,

              */s/ Frederick L. Cottrell, III*

              Frederick L. Cottrell, III (#2555)

cc: Counsel of Record (via CM/ECF)